CLARA M. HEIMERLE, HARRY HEIMERLE, THOMAS LAYDEN, RUTH E. WEAVER, ANNA BURGESS and FLORENCE PARR GERE, Appellants, v. VILLAGE OF BRONXVILLE and HENRY G. KIMBALL, as President, FREDERICK L. DEVEREUX and Others, as Trustees, and RUDOLPH N. MILLER, as Superintendent of Buildings, of the Village of Bronxville, Respondents. (Action No. 1.) CHARLES A. BENEDICT and CLARENCE A. BENEDICT, Appellants, v. VILLAGE OF BRONXVILLE and HENRY G. KIMBALL, as President, FREDERICK L. DEVEREUX and Others, as Trustees, and RUDOLPH N. MILLER, as Superintendent of Buildings, of the Village of Bronxville, Respondents. (Action No. 2.) — These are two actions for a declaratory judgment. Plaintiffs seek to have declared as invalid a zoning ordinance in so far as it pertains to their conducting an undertaking establishment in the village of Bronxville, and to prevent the municipal authorities from enforcing the ordinance as against them. In each action judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ. [168 Misc. 783.]

WILLIAM F. HELLER, Respondent, v. PEPSI-COLA COMPANY, Appellant.— Action to recover from defendant corporation a dividend paid to all stockholders other than plaintiff. Judgment dismissing defendant's counterclaim on the merits and granting to plaintiff judgment for $22,487.68, unanimously affirmed, with costs. Order dismissing defendant's counterclaim on the merits unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

IDAHOD, INC., Respondent, v. ALBANS HOLDING CORPORATION, Appellant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. Defendant's time to answer extended until five days after the entry of the order hereon. No opinion. Order denying motion to strike out certain allegations of the complaint modified by granting motion to the extent of striking out the last sentence of paragraph " Eighth " of the complaint, and as thus modified, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.